# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 31, 2017

152562

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v

                                        SC:  152562
                                        COA:  316467
                                        Wayne CC:  08-009312-FC

DAVID ROARK,
        Defendant-Appellee.

_____/

On January 10, 2017, the Court heard oral argument on the application for leave to appeal the October 20, 2015 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 31, 2017
                                 

p0524
                                          Clerk